IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JEREMY GUNTER,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:21-cv-267 |
| | : | |
| v. | : | |
| | : | Judge McFarland |
| **AMERICAN SHOWA, INC.,** | : | |
| | : | |
| Defendant. | : | |

## VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Jeremy Gunter and Defendant American Showa, Inc., that Plaintiff's claims against Defendant in the above-referenced matter are hereby dismissed with prejudice. All parties shall bear their respective costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Bradley L. Gibson | /s/ Lindsey N. Boyd (*per email authorization*) |
| Bradley L. Gibson (0085196) | Lindsey N. Boyd (0099076) |
| **GIBSON LAW, LLC** | Michael W. Hawkins (0012707) |
| 9200 Montgomery, Road, Suite 11A | **DINSMORE & SHOHL LLP** |
| Cincinnati, OH 45242 | 255 E. Fifth Street, Suite 1900 |
| 513-834-8254 [T] | Cincinnati, OH 45202 |
| 513-834-8253 [F] | 513-977-8200 [T] |
| brad@gibsonemploymentlaw.com | 513-977-8141 [F] |
| | lindseyN.boyd@dinsmore.com |
| *Counsel for Plaintiff* | Michael.hawkins@dinsmore.com |
| | |
| | *Counsel for Defendant* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in the above-referenced matter via the Court's ECF System this 12th day of May 2022.

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)